GEORGE H. TIPPER *vs.* CYRUS RITCHIE.

Submitted on briefs Oct. 4, 1892. Decided Nov. 11, 1892.

**Findings Sustained by Evidence.**

Evidence *held* to be sufficient to sustain findings of fact of the court below.

Appeal by defendant Cyrus Ritchie, from an order of the Municipal Court of the City of St. Paul, *Twohy*, J., made June 18, 1892, refusing a new trial.

This action was commenced in a Justice Court of the city of St. Paul, by the plaintiff George H. Tipper, to recover of the defendant the sum of $36.07, alleged to be due plaintiff for horseshoeing done by the firm of Simons & Bowers and Simons & Tipper, who had as-

signed their claim to plaintiff. The plaintiff had judgment and the defendant appealed to the Municipal Court, where the action was tried *de novo*. Findings were made and judgment was ordered for plaintiff. From an order denying his motion for a new trial, defendant appeals.

*S. A. Anderson,* for appellant.

*T. R. Palmer,* for respondent.

PER CURIAM. On the evidence presented upon a trial in the court below without a jury findings of fact were made, and judgment ordered in plaintiff's favor for the amount in controversy. The alleged error on appeal is that the evidence was insufficient to sustain the findings. The evidence was not very clear, and, perhaps, not very convincing, but from an examination we are of the opinion that there was enough to justify the findings of fact as made by the trial. trial court.

Order refusing a new trial affirmed.

(Opinion published 53 N. W. Rep. 547.)